UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERROD HERNDON, | No. 2:15-cv-2013 TLN KJN P |
| Petitioner, | |
| v. | ORDER |
| STATE OF CALIFORNIA, | |
| Respondent. | |

Petitioner is a county inmate, proceeding pro se. On November 25, 2015, the undersigned recommended that this action be dismissed without prejudice based on petitioner's failure to exhaust state court remedies. Petitioner's December 3, 2015 objections to the findings and recommendations are pending before the district court. At present, no additional filings by petitioner are required. However, on December 28, 2015, petitioner filed a document that reads as follows:

["Has no further argument"].

"Suspend judgment to further information.

Case closed.

please

thank you.

(ECF No. 10 at 2.)

1

1   Petitioner's recent filing is unclear.  If petitioner wishes to voluntarily dismiss his case, he
2   should simply request that the court dismiss the case.  However, because the court is unable to
3   determine the nature of petitioner's recent filing, it is placed in the court file and disregarded.
4   Accordingly, IT IS HEREBY ORDERED that petitioner's December 28, 2015 filing (ECF
5   No. 10) is placed in the court record and disregarded.
6   Dated:  January 6, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

hern2013.dsr